UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUTH ANDERSON,

              Plaintiff,

  v.

VETERANS AFFAIRS ADMINISTRATION et al.,

              Defendants.

Case No. 3:25-cv-05389-TL

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's application to proceed in forma pauperis (Dkt. # 1) is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within thirty (30) days of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed.

(3) If the filing fee is not timely received, the Clerk is directed to dismiss this action without prejudice.

Dated this 14th day of July, 2025.

Tana Lin
United States District Judge

ORDER - 1